| Attorney or Party Without Attorney (Name and Address) | | Telephone No. | FOR COURT USE ONLY |
|---|---|---|---|
| STEPHEN M. UTHOFF<br>THE UTHOFF LAW CORPORATION<br>401 E OCEAN BLVD<br>SUITE 710<br>LONG BEACH CA 90802<br>562-437-4301 | SBN 145206 | 562-437-4301 | |
| | | Ref. No. or File No. | |
| | | 834230/CMA-CGM VS BARROW | |
| Attorney For (Name):   PLANTIFF | | | |

| Insert name of court and name of judicial district and branch court, if any. |
|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

| Short Title of Case: |
|---|
| CMA-CGM AMERICA VS BARROW FREIGHT |

| Invoice No.: | Date: | Time: | Dep./Div.: | Case Number: |
|---|---|---|---|---|
| 409330 | | | | CV 08 1636 SC |

## PROOF OF SERVICE OF SUMMONS

I certify that I am authorized to serve the summons and complaint in the within action pursuant to F.R.Civ.P.4(c) and that I served the summons and complaint as follows:

    SUMMONS IN A CIVIL CASE
    COMPLAINT
    CIVIL COVER SHEET
    ORDER SETTING INITIAL CASE MANAGEMENT
    CONFERENCE AND ADR DEADLINES
    ORDER SETTING CASE MANAGEMENT CONFERENCE
    NOTICE TO ALL ATTORNEYS
    CONTENTS OF JOINT CASE MANAGEMENT
    STATEMENT
    NOTICE OF AVAILABILITY OF MAGISTRATE
    JUDGE TO EXERCISE JURISDICTION
    NOTICE OF LAWSUIT AND REQUEST FOR
    WAIVER OF SERVICE OF SUMMONS
    USDC - LOCAL RULES AND GUIDELINES
    DROP BOX FILING PROCEDURES
    ECF REGISTRATION INFORMATION HANDOUT

1. Name and title of person served:
    BARROW FREIGHT SYSTEM, INC.
2. Person with whom left: DAVID WANG
    AGENT FOR SERVICE OF PROCESS
3. Date and time of delivery: 04/07/08 , 10:45 AM
5. Place of service:

    1633 BAY SHORE DRIVE
    SUITE 123
    BURLINGAME CA 94010

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

I declare under penalty of perjury, under the laws of the State of California, and of the United States of America that the foregoing is true and correct.

DATE: 04/14/08                                                  SIGNATURE

| Attorney or Party Without Attorney (Name and Address) | | Telephone No. | FOR COURT USE ONLY |
|---|---|---|---|
| STEPHEN M. UTHOFF<br>THE UTHOFF LAW CORPORATION<br>401 E OCEAN BLVD<br>SUITE 710<br>LONG BEACH CA 90802<br>562-437-4301 | SBN 145206 | 562-437-4301<br><br>Ref. No. or File No.<br><br>834230/CMA-CGM VS BARROW | |
| Attorney For (Name): PLANTIFF | | | |

| Insert name of court and name of judicial district and branch court, if any.<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
|---|
| Short Title of Case:<br>CMA-CGM AMERICA VS BARROW FREIGHT |

| Invoice No.:<br>409330 | Date: | Time: | Dep./Div.: | Case Number:<br>CV 08 1636 SC |
|---|---|---|---|---|

### PERSONAL SERVICE

UPON A STATE OR MUNICIPAL CORPORATION OR OTHER GOVERNMENTAL ORGANIZATION
THEREOF SUBJECT TO SUIT, F.R.Civ.P.4(h)(1) by
delivering a copy of the summons and complaint to the chief executive
officer thereof or by serving the summons and complaint in a manner
prescribed by the law of that state for the summons or other like process
upon any such defendant. (CCP 416.10b)

I declare under the penalty of perjury that the foregoing document is
and correct.
                PROOF OF SERVICE OF SUMMONS AND COMPLAINT
Executed at SIGNAL HILL, state of CALIFORNIA on 04/14/08

SERVED BY: ANANDA BOUGANIM    FEE FOR SERVICE: $68.50


SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

d. Registered California process server
(1) [ ] Employee or [ X ] Independant Contractor
(2) Registration No. 2006009700
(3) County: SAN FRANCISCO
(4) Expiration:

I declare under penalty of perjury, under the laws of the State of California,and of the United States of America that the foregoing is true and correct
DATE: 04/14/08                                    SIGNATURE