Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

Attorneys for Plaintiff
CMA-CGM AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CMA-CGM AMERICA INC, | ) Case No. 08 CV 1636 SC |
| Plaintiff, | ) **IN ADMIRALTY** |
| vs. | ) **NOTICE OF DISMISSAL** |
| BARROW FREIGHT SYSTEM, INC. | ) |
| Defendants. | ) |

//
//
//
//

1

NOTICE OF DISMISSAL

1 | The above-entitled action is hereby dismissed without prejudice by plaintiff pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: May 2, 2008

>By:     ____s/ Stephen M. Uthoff_____
> Stephen M. Uthoff
> The Uthoff Law Corporation
> Attorneys for Plaintiff
> CMA-CGM AMERICA INC.

PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        )  ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 E. Ocean Blvd., Suite 710, Long Beach, California 90802.

On May 2, 2008, I served the foregoing document described as **NOTICE OF DISMISSAL** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**Barrow Freight System, Inc.**
**1633 Bay Shore Drive, Suite 123**
**Burlingame, CA 94010**

[**X**] **BY MAIL:** I caused such envelope to be deposited in the mail at Long Beach, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE:** I served a true copy of the document(s) described on all parties to this action by facsimile transmission, and the transmission was reported as complete and without error. A copy of the transmission report properly issued by the transmitting facsimile machine is attached hereto and shows the date, time and telephone number of the transmitting facsimile machine. Facsimile transmissions were sent and addressed as stated above:

[**X**] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 2, 2008 at Long Beach, California.

                                      ___s/Stephen M. Uthoff_____
                                          Stephen M. Uthoff